IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA MASENG | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| LENOX CORPORATION and | : | NO.  20-cv-04522 |
| JOHN DOES 1-10, FICTICIOUS | : | |
| Defendants. | : | JURY TRIAL DEMANDED |
| | : | |

## ORDER

**AND NOW,** this 23rd day of September, 2020, upon consideration of Defendant Lenox Corporation's Motion to Withdraw Notice of Removal (Docket No. 5), it is hereby **ORDERED** that Defendant Lenox Corporation's Motion to Withdraw Notice of Removal is **GRANTED**.  The Clerk of Court is directed to REMAND this matter back to the Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania and close this matter.

**BY THE COURT:**

 /s/ Chad F. Kenney

**The Honorable Chad F. Kenney**